**Juan Carlos CRUZ, Petitioner— Appellant,**

v.

**UNITED STATES of America; John L. Lamanna, Warden, Respondents— Appellees.**

No. 07–6360.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2007.

Decided: July 24, 2007.

Juan Carlos Cruz, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Carlos Cruz, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Cruz v. United States,* No. 0:05–cv–02428–RBH (D.S.C. filed Jan. 31, 2007; entered Feb. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*